In the Matter of the Application of JAMES C. CRANE, Respondent, for Relief by a Peremptory Order of Mandamus or Otherwise, against JOHN R. VOORHIS and Others, Constituting the Board of Elections of the City of New York, Appellants.— Motion to add appeal to October term calendar granted. Present — Young, Kapper, Carswell, Tompkins and Davis, JJ.

* Modfd., 259 N. Y. 144 .

without costs, as a matter of law and not in the exercise of discretion. We are of opinion that the words " offices to be filled " in section 249 of chapter 270 of the Laws of 1931 include all offices to be voted for by the electors of Richmond county. The fifty per cent basis therein stated is not unreasonable or arbitrary and is not an improper exercise of legislative discretion. Young, Kapper, Carswell, Tompkins and Davis, JJ., concur.